**Order entered May 15, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-01081-CR
No. 05-14-01082-CR
No. 05-14-01083-CR

**RICHARD BALDERAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1141658-P**
**Trial Court Cause No. F-1141659-P**
**Trial Court Cause No. F-1141660-P**

## ORDER

The State's motion to extend the time for filing a brief is **GRANTED**. The State's brief,

received on May 14, 2015, is **ORDERED** filed as of the date of this order.


/s/      DAVID L. BRIDGES
             PRESIDING JUSTICE